IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                   11-cv-816-slc

S. HOEM, DR. RUBIN-ASCH and
JONI SHANNON-SHARPE,

    Defendants.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against S. Hoem and Dr. Rubin-Asch; and

(2) granting defendant Joni Shannon-Sharpe's motion for summary judgment and dismissing this case.

| /s/ | 9/13/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |